IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL BETO | : | CIVIL ACTION |
| | : | NO. 14-cv-2522 |
| v. | : | |
| | : | |
| KIMBERLY A. BARKLEY, et al. | : | |

**ORDER**

AND NOW, this 8th day of February, 2016, upon consideration of defendants' motion to dismiss plaintiff Samuel Beto's second amended complaint (Dkt. No. 21), brought on behalf of all remaining defendants who are current or former Pennsylvania Board of Probation and Parole (PBPP) officials:  Chairman William F. Ward, Board Secretary Kimberly A. Barkley, Board Secretary W. Conway Bushey, Interstate Director Marlin F. Foulds, Parole Agent Kathleen DeMauro, Hearing Examiner Michael Duda, Parole Agent Fred Conjour and Agent James De Sousa and on behalf of Superintendent Vince Mooney of the Pennsylvania Department of Corrections, upon consideration of plaintiff's response (Dkt. No. 22) and defendants' reply (Dkt. No. 23),  and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motion  is GRANTED and plaintiff's second amended complaint is DISMISSED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.